FILED
HARRISBURG, PA
MAR 14 2018
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:17-CR-86 |
| | ) | |
| v. | ) | (JUDGE JONES) |
| | ) | (MAGISTRATE JUDGE         ) |
| ERNEST EZELL CROSBY, JR., | ) | |
| aka "Ern," | ) | (ELECTRONICALLY FILED) |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

**NOW COMES** David J. Freed, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said ERNEST EZELL CROSBY, JR., aka "Ern," with violations of Title 18, United States Code, Section 922(g)(1).

2. That the said ERNEST EZELL CROSBY, JR., aka "Ern," is now in the custody of the Warden, Dauphin County Prison, Harrisburg, Pennsylvania.

**WHEREFORE**, on behalf of the United States of America, the said David J. Freed, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said ERNEST EZELL CROSBY, JR., aka "Ern," before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building and Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania, on _____, 2018 at _____.m. for an initial appearance.

Respectfully submitted,
DAVID J. FREED
United States Attorney

/s/ Meredith A. Taylor
Meredith A. Taylor
Assistant U.S. Attorney
228 Walnut St., P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-4493 (Fax)
meredith.taylor@usdoj.gov
BAR NO. PA 205058